**SO ORDERED: February 05, 2007.**

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 01-80081-FJO |
| HEARTLAND STEEL, INC., ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MARGARET M. GOOD, Liquidation ) | |
| Agent For The Debtor, ) | ADVERSARY PROCEEDING NO. 05-08018 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | |
| SIEMENS ENERGY & ) | |
| AUTOMATION, INC., ) | |
| ) | |
| Defendant. ) | |

**ENTRY ON MOTION FOR SUMMARY JUDGMENT**

The Court incorporates by reference the Findings of Fact and Conclusions of Law entered simultaneously herein on the Motion for Summary Judgment filed by the Plaintiff .

The Court hereby GRANTS JUDGMENT in favor of Plaintiff on the issue of the mechanic's lien and ORDERS that judgment be hereby ENTERED in favor of Heartland and against Siemens declaring said lien invalid, that the secured claim of Siemens Energy and Automation, Inc. is rejected, and further that Siemens is not entitled to share in any distributions reserved for claimants holding valid mechanics' lien claims in the confirmed Chapter 11 Plan of Liquidation in the above captioned case.

###